833 A.2d 138

**Theodore C. ROTHROCK and Douglas Rothrock, Respondents**

v.

**ROTHROCK MOTOR SALES, INC., Petitioner.**

Supreme Court of Pennsylvania.

Oct. 2, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of October, 2003, the above-listed petition for allowance of appeal is **GRANTED.** The parties are directed to address the following questions:

1) Whether the Superior Court erred in creating a new exception to the at-will employment doctrine.

2).  Whether the Superior Court erred in retroactively applying *Shick v. Shirey,* 552 Pa. 590, 716 A.2d 1231 (1998) to this matter. In addressing this issue, the parties are directed to consider what effect, if any, *Harper v. Virginia Dept. of Taxation,* 509 U.S. 86, 113 S.Ct. 2510, 125 L.Ed.2d 74 (1993) has on our line of cases arising out of *Schreiber v. Republic Intermodal Corp.,* 473 Pa. 614, 375 A.2d 1285 (1977).